**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **Chapter 7** |
| **DEEPROOT CAPITAL** | § | |
| **MANAGEMENT, LLC, ET AL.,**[1] | § | **Case No. 21-51523-MMP** |
| | § | |
| **Debtors.** | § | **Jointly Administered** |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND
DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND
LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

Debtors deeproot Capital Management, LLC, *et al*. (the "Debtors"), as debtors in jointly administered above-captioned chapter 7 cases, with the assistance of their attorneys, are filing Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements") in the Bankruptcy Court for the Western District of Texas, San Antonio Division (the "Bankruptcy Court") pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

These Global Notes and Statements of Limitations, Methodology, and Disclaimers regarding the Debtors Schedules and Statements (collectively, the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of the Debtors' Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of the Debtors. Additionally, the Schedules and Statements contain unaudited information that is subject to further review, potential adjustment, and reflect the Debtors' commercially reasonable efforts to report the assets and liabilities of the Debtors.

The information contained in the Schedules and Statements was prepared based on the best information available and to the Debtors' knowledge and belief. The Debtors and their agents and attorneys do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: Policy Services, Inc. (2864), Wizard Mode Media, LLC (3205), deeproot Pinball LLC (0320), deeproot Growth Runs Deep Fund, LLC (8046), deeproot 575 Fund, LLC (9404), deeproot 3 Year Bonus Income Debenture Fund, LLC (7731), deeproot BonusGrowth 5 Year Debenture Fund, LLC (9661), deeproot Tech LLC (9043), deeproot Funds LLC (9404), deeproot Studios LLC (6283), and deeproot Capital Management, LLC (2638).

commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtors and their agents and attorneys expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized. In no event shall the Debtors or their agents and attorneys be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents and attorneys are advised of the possibility of such damages.

Manager Robert J. Mueller has signed each of the Schedules and Statements. Mr. Mueller is an authorized signatory for each of the Debtors. In reviewing and signing the Schedules and Statements, Mr. Mueller has relied upon unaudited, unreconciled financials and has had limited access to data and documents. Mr. Mueller has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

## Global Notes and Overview of Methodology

**1. Reservation of Rights.** Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to (i) amend or supplement the Statement and Schedules from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to claim ("Claim") descriptions or designations; (ii) dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status or classification; (iii) subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Statement and Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by any of the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtors against which the Claim is listed. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 7 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements except as may be required by applicable law.

**2. Description of the Case and "As Of" Information Date.** On December 9, 2021 (the "Petition Date"), the Debtors filed their voluntary petitions for relief under chapter 7 of the Bankruptcy Code. On December 20, 2021, an Order Granting Motion for Joint Administration [Dkt. No. 20]

was entered directing joint administration of the Debtors' chapter 7 cases. Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Schedules and Statements.

Unless otherwise indicated, the asset information provided herein represents the asset data as of the close of business on December 31, 2020. Unless otherwise indicated, the liability information represents the liability data of the Debtors as of the close of business on December 31, 2020. The asset and liability data is unaudited, but the Debtors believe such data is the most accurate data available to the Debtors as of the Petition Date.

**3. Estimated Value of Assets.** Unless otherwise indicated, the asset data contained in the Schedules and Statements reflect book value as of July 8, 2021. Book values of assets prepared in accordance with GAAP generally do not reflect the current market value of the assets and may differ materially from the actual value of the underlying assets. Some asset values stated in the Schedules and Statements are estimates based on the best available information available to the Debtors. Unless otherwise noted, the asset values stated in the Schedules and Statements are not based on professional appraisals or any specific valuation methodology.

**4. Recharacterization.** Notwithstanding the Debtors' commercially reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may nevertheless have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity of the Debtors' financial statements and other factors. Accordingly, the Debtors reserve all their rights to re-characterize, reclassify, recategorize, re-designate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available. Disclosure of information in one or more Schedules, one or more Statements question, or one or more exhibits or attachments to the Schedules and Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statement, exhibits, or attachments.

**5. Liabilities.** The Debtors has sought to allocate liabilities between themselves based on information currently available to the Debtors. As additional information becomes available, the allocation of liabilities between the Debtors may change. Accordingly, the Debtors reserve all their rights to amend, supplement, or otherwise modify their Statements and Schedules as is necessary or appropriate.

**6. Excluded Assets and Liabilities.** The Debtors may have inadvertently excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation, other claims against vendors who could be holding pinball machine parts that belong to the Debtors, net operating loss tax characteristics ("NOLs"), accrued salaries, employee benefit accruals, and accrued accounts payable. In addition, certain immaterial assets and liabilities may have been excluded.

**7. Insiders.** For purposes of the Schedules and Statements, the Debtors defined "insiders" pursuant to section 101(31) of the Bankruptcy Code as: (a) directors; (b) officers; (c) persons in control of the Debtor; (d) relatives of the Debtors' directors, officers, or persons in control of the Debtors;

and (e) debtor/non-debtor affiliates of the foregoing. Persons listed as "insiders" have been included for informational purposes only and the inclusion of them in the Schedules and Statements, shall not constitute an admission that those persons are insiders for purposes of section 101(31) of the Bankruptcy Code. Moreover, the Debtors do not take any position with respect to: (a) any insider's influence over the control of the Debtors; (b) the management responsibilities or functions of any such insider; (c) the decision making or corporate authority of any such insider; or (d) whether the Debtors or any such insider could successfully argue that he or she is not an "insider" under applicable law or with respect to any theories of liability or for any other purpose.

**8. Intellectual Property Rights.** Exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

**9. Classifications**. Listing (a) a Claim on Schedule E/F as "priority," or (b) a Claim on Schedule E/F as "unsecured" does not constitute an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to recharacterize or reclassify such Claims or contracts or to setoff of such Claims.

**10. Claims Description.** Schedule E/F permits the Debtors to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim on the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by any Debtors that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection. The Debtors reserve all their rights to dispute, or assert offsets or defenses to, any Claim reflected on their Schedules and Statements on any grounds, including liability or classification. Additionally, the Debtors expressly reserve all their rights to subsequently designate such Claims as "disputed," "contingent" or "unliquidated." Moreover, listing a Claim does not constitute an admission of liability by the Debtors.

**11. Causes of Action.** Despite making commercially reasonable efforts to identify all known assets, the Debtors may not have listed all its causes of action or potential causes of action against third parties as assets in the Statements and Schedules, including, without limitation, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtors reserve all its rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertible directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

**12. Summary of Significant Reporting Policies.** The following is a summary of significant reporting policies:

- Undetermined Amounts. The description of an amount as "unknown," "unknown, investigating," "cannot allocate," "cannot value," "N/A," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.
- Totals. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total maybe different than the listed total.
- Liens. Property and equipment listed in the Schedules and Statements are presented with any liens that may attach (or have attached) to such property and equipment, to the best of the Debtors' knowledge, except that liens attaching to substantially all of the Debtors' assets are not noted as to each and every asset listed.

**13. Currency.** Unless otherwise indicated, all amounts are reflected in U.S. dollars.

**14. Intercompany Payables and Receivables.** Intercompany receivables/payables are set forth on Schedules A/B and E/F, respectively. The listing by the Debtors of any account between a Debtor and any of its Debtor or non-debtor affiliates is a statement of what appears in each respective Debtor's books and records as of December 31, 2020 and does not reflect any admission or conclusion of the Debtors regarding the allowance, classification, characterization, validity, or priority of such account. The Debtors take no position in these Schedules and Statements as to whether such accounts would be allowed as a Claim, an Interest, or not allowed at all. The Debtors and all parties in interest reserve all rights with respect to such accounts.

**15. Employee Addresses.** Employees and director addresses listed in the Schedules and Statements are the last known addresses provided to the Debtors.

**16. Debtor's Address.** For the purposes of the Schedules and Statements, the Debtors' address has been reported as the Debtor's P.O. box in San Antonio, Texas.

**17. Global Notes Control.** In the event that the Schedules or Statements differ from any of the foregoing Global Notes, the Global Notes shall control.

**<u>Specific Notes with Respect to the Debtors' Schedules of Assets and Liabilities.</u>** The Schedules neither purport to represent financial statements prepared in accordance with GAAP, nor are they intended to be fully reconciled with the financial statements of the Debtors. Additionally, the Schedules contain unaudited information that is subject to further review and potential adjustment and reflect each of the Debtor's reasonable best efforts to report its assets and liabilities. Moreover, given, among other things, questions about the characterization of certain assets and the valuation and nature of certain liabilities, the Schedules and Statements are not an admission that the Debtors were solvent or insolvent as of the Petition Date or at any time before the Petition Date.

**1. Schedule A/B, Part 5 – Inventory, excluding agriculture assets**
The Debtors have limited access to certain records regarding the pinball machine and pinball parts inventories.

**2. Schedule A/B, Part 7 – Office furniture, fixtures, and equipment; and collectibles**
Current value is based on management's best estimate as of the Petition Date. The value provided on Schedules is the estimated total value of the assets. Values given were not split between Debtors that jointly own the assets.

| Fill in this information to identify the case: | |
| --- | --- |
| Debtor name | deeproot 575 Fund, LLC |
| United States Bankruptcy Court for the: | Western District of Texas |
| Case number (if known): | 21-51517 |

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   ☑ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   Name of institution (bank or brokerage firm)     Type of account     Last 4 digits of account number

   **None**

4. **Other cash equivalents** *(Identify all)*

   **None**

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     **$0.00**

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   **None**

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

| Debtor | __deeproot 575 Fund, LLC__ | Case number *(if known)* | __21-51517__ |
|---|---|---|---|
| | Name | | |

**None**

9. **Total of Part 2**

   Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.      $0.00

---

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**
    - ☐ No. Go to Part 4.
    - ☑ Yes. Fill in the information below.

    **Current value of debtor's interest**

11. **Accounts Receivable**

    11a. 90 days old or less: _____ - _____ = ..... → _____
    
                face amount        doubtful or uncollectible accounts

    11b. Over 90 days old:    $0.00 - $0.00 = ..... → $0.00
    
                face amount        doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.      $0.00

---

## Part 4:  Investments

13. **Does the debtor own any investments?**
    - ☑ No. Go to Part 5.
    - ☐ Yes. Fill in the information below.

    **Valuation method used for current value**      **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    **None**

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of fund or stock:             % of ownership:

    **None**

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    **None**

| Debtor | **deeproot 575 Fund, LLC** | Case number *(if known)* | **21-51517** |
|---|---|---|---|
| | Name | | |

---

**17. Total of Part 4**

Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.

$0.00

---

**Part 5:** Inventory, excluding agriculture assets

---

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19. Raw materials**

None

**20. Work in progress**

None

**21. Finished goods, including goods held for resale**

None

**22. Other inventory or supplies**

None

**23. Total of Part 5**

Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.

$0.00

**24. Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

**Part 6:** Farming and fishing-related assets (other than titled motor vehicles and land)

---

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

---

| Debtor | deeproot 575 Fund, LLC | Case number *(if known)* | 21-51517 |
|---|---|---|---|
| | Name | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28. Crops — either planted or harvested**

None

**29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish

None

**30. Farm machinery and equipment** (Other than titled motor vehicles)

None

**31. Farm and fishing supplies, chemicals, and feed**

None

**32. Other farming and fishing-related property not already listed in Part 6**

None

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.                                        $0.00

**34. Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 7:**  Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| Debtor | deeproot 575 Fund, LLC | Case number *(if known)* | 21-51517 |
|---|---|---|---|
| | Name | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39. Office furniture**

None

**40. Office fixtures**

None

**41. Office equipment, including all computer equipment and communication systems equipment and software**

None

**42. Collectibles** *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

None

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.                             $0.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 8:** Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

None

**48. Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| Debtor | deeproot 575 Fund, LLC | Case number *(if known)* | 21-51517 |
|---|---|---|---|
| | Name | | |

**None**

49. **Aircraft and accessories**

    **None**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

    **None**

51. **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.                                     $0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 9:   Real Property

54. **Does the debtor own or lease any real property?**
    ☑ No. Go to Part 10.
    ☐ Yes. Fill in the information below.

| General description<br><br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

    **None**

56. **Total of Part 9**

    Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.                                     $0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☑ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 10:   Intangibles and Intellectual Property

| Debtor | deeproot 575 Fund, LLC | Case number *(if known)* | 21-51517 |
|---|---|---|---|
| | Name | | |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60. Patents, copyrights, trademarks, and trade secrets**

None

**61. Internet domain names and websites**

None

**62. Licenses, franchises, and royalties**

None

**63. Customer lists, mailing lists, or other compilations**

None

**64. Other intangibles, or intellectual property**

None

**65. Goodwill**

None

**66. Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.                                                     $0.00

**67. Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)

☑ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 11:** All other assets

---

**70. Does the debtor own any other assets that have not yet been reported on this form?**

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

| Debtor | __deeproot 575 Fund, LLC__ | Case number *(if known)* | __21-51517__ |
|---|---|---|---|
| | Name | | |

**Current value of debtor's interest**

**71.** **Notes receivable**

Description (include name of obligor)

**None**

**72.** **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**None**

**73.** **Interests in insurance policies or annuities**

**None**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1 __possible claims against Williams Crow Mask LLP__                (Unknown)

Nature of Claim __accounting malpractice__

Amount Requested __(Unknown)__

**Additional Page Total** - *See continuation page for additional entries*                $0.00

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1 __investments in deeproot Growth Runs Deep Fund, LLC__          $50,042,207.63

Nature of Claim _____

Amount Requested __$50,042,207.63__

**76.** **Trusts, equitable or future interests in property**

**None**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**None**

**78.** **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.                $50,042,207.63

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor    **deeproot 575 Fund, LLC**      Case number *(if known)*    **21-51517**
Name

## Part 12:   Summary

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.** **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $0.00 | |
| **81.** **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| **82.** **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| **83.** **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| **84.** **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| **85.** **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86.** **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| **87.** **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| **88.** **Real property.** *Copy line 56, Part 9.*............................................................. | → | $0.00 |
| **89.** **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| **90.** **All other assets.** *Copy line 78, Part 11.* | + $50,042,207.63 | |
| **91.** **Total.** Add lines 80 through 90 for each column...... 91a. | $50,042,207.63 | + 91b. $0.00 |
| **92.** **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ............................................................... | | $50,042,207.63 |

| Debtor | **deeproot 575 Fund, LLC** | Case number *(if known)* | **21-51517** |
|---|---|---|---|
| | Name | | |

## Additional Page

| | Current value of debtor's interest |
|---|---|

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed) -** *Continued*

74.2  **Possible claims against Carlile Patchen & Murphy LLP**

Nature of Claim    **legal malpractice**

Amount Requested    **(Unknown)**                                                        **(Unknown)**

| Fill in this information to identify the case: |
| --- |
| Debtor name     deeproot 575 Fund, LLC |
| United States Bankruptcy Court for the:     Western District of Texas |
| Case number (if known):     21-51517 |

☐ Check if this is an amended filing

# Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- |
| 3.     **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$0.00** | |

| Debtor | deeproot 575 Fund, LLC | Case number *(if known)* | 21-51517 |
|---|---|---|---|
| | Name | | |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| _____<br>_____<br>_____ | Line _____ | ____ ____ ____ ____ |

| Fill in this information to identify the case: |
|---|
| Debtor name |

**Debtor name** deeproot 575 Fund, LLC

**United States Bankruptcy Court for the:**
Western District of Texas

**Case number (if known):** 21-51517

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
    ☐ No. Go to Part 2.
    ☑ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**North American Securities Administrators Association, Inc.**<br>**750 First Street, N.E. 1140**<br>**Washington, DC 20002**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the Claim:<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | unknown | unknown |
| **2.2** | Priority creditor's name and mailing address<br>**Texas Comptroller**<br><br>**111 East 17th Street**<br>**Austin, TX 78774**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the Claim:<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | unknown | unknown |

| Debtor | deeproot 575 Fund, LLC | Case number (if known) | 21-51517 |
|---|---|---|---|
| | Name | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

Carlile Patchen & Murphy LLP

950 Goodale Blvd 200

Columbus, OH 43212

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Legal

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: unknown

---

**3.2** Nonpriority creditor's name and mailing address

deeproot 3 Year Bonus Income Fund, LLC

12621 Silicon Dr

San Antonio, TX 78249

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  intercompany payable

Is the claim subject to offset?
☐ No
☑ Yes

Amount of claim: unknown

---

**3.3** Nonpriority creditor's name and mailing address

deeproot Tech LLC

P.O. Box 691610

San Antonio, TX 78269

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  intercompany payable

Is the claim subject to offset?
☐ No
☑ Yes

Amount of claim: unknown

---

**3.4** Nonpriority creditor's name and mailing address

Numerous Investors

See Exhibit 1 for full list

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: unknown

---

**3.5** Nonpriority creditor's name and mailing address

Pinnacle Wealth Management, Inc.

4600 Grand River Road 220

Brighton, MI 48114

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  agent to Folio Goldman Sachs investors

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: unknown

---

| Debtor | **deeproot 575 Fund, LLC** | Case number *(if known)* | **21-51517** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.6**  **Nonpriority creditor's name and mailing address**

Policy Services, Inc.

P.O. Box 691610

San Antonio, TX 78269

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**  unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  intercompany payable

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.7**  **Nonpriority creditor's name and mailing address**

Wells Fargo

420 Montgomery Street

San Francisco, CA 94104

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**  unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Accounts

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **deeproot 575 Fund, LLC** | Case number *(if known)* | **21-51517** |
|---|---|---|---|
| | Name | | |

### Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$0.00** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$0.00** |

Exhibit to Schedule E/F, Part 2: Numerous investors

| | |
|---|---|
| Thomas Abraham | 16626 Broadoak Grove Ln, Sugar Land, TX 77498-7170 |
| David Adderley | 13911 SW 112th St, Miami, FL 33186-3267 |
| Susan Alderfer | 2045 Hill Rd, Perkiomenville, PA 18074-9636 |
| Janice Arbogast | 1253 Lacey Spring Rd, Harrisonburg, VA 22802-1435 |
| Maryann Barsi | 37 Louis St, Old Bridge, NJ 08857-2234 |
| Gwendolyn Barze | 3323 Abbotswood Dr, Harvey, LA 70058-7469 |
| Deborah Belinowiz | 2328 Via Meriposa W Unit P, Laguna Woods, CA 92637-2147 |
| Andrew Caldwell | 2354 340th Street, Keokuk, IA 52632-9540 |
| Danny Castillo | 113 N El Paso, Dumas, TX 79029-3551 |
| John Cochran | 984 Deercrest Drive, San Bernardino, CA 92407-1308 |
| Clara Coffey | 7719 Cervin Dr, Amarillo, TX 79121-1203 |
| David Croy | 203 Dunkirk Rd, Oldsmar, FL 34677-4001 |
| Michael Dennis | 3409 Country Ridge Dr, Antioch, TN 37013-1038 |
| Joseph Dorsey | 6734 Bamberry St, New Orleans, LA 70126-2710 |
| Vernon Earle | 10991 E Via Tranquilla , Tucson, AZ 85749-8767 |
| Kathleen Ellis | 4480 E Skousen St, Gilbert, AZ 85295-0032 |
| Esteban Flores | 5000 Glenn Street, Amarillo, TX 79108-4812 |
| Donald Hales | 4642 W Park View Cir, Glendale, AZ 85310-3100 |
| Brett Havenga | 5105 E Hawthorn Dr, Flagstaff, AZ 86004-7376 |
| Clarence Henderson | 604 NE 2nd Street, Dania Beach, FL 33004-3350 |
| Jennifer Kinard | 5404 Richardsons Endeavor Dr, Bowie, MD 20720-3395 |
| James Klinker | 2538 Prairie St, Blue Island, IL 60406-2039 |
| Darlene Langkopf | 2 Paradise Lane, Washington, MO 63090-3621 |
| Brad Leon | 620 Vista View Dr, Ashville, NC 28803-8572 |
| Pablo Manrique | 12375 W Cameo Mary Ln, Tucson, AZ 85743 |
| Gary Marburger | 103 Entrance Drive APT 4, Livingston , TX 77351-9091 |
| Paul Monaghan | 23606 Whispering Wind, Katy , TX 77494-0211 |
| Irma Nieves | 5015 E Fairmount, Tucson, AZ 85712-4060 |
| Paula Norton | 12310 Scottsdale Drive, Meadows Place, TX 77477-1436 |
| Hubert Odom | 900 Longbranch Rd, Hohenwald, TN 38462-4010 |
| James O'Neal | 1305 Carolyn Ct, Humble, TX 77338-8013 |
| Donald Pagel | 18019 Dorman Draw Ln, Houston, TX 77044-1655 |
| Derek Pimble | 415 Sullivan Trail, Long Pond, PA 18334-7858 |
| Paul Pino | 7701 Santa Isabel Ct NW, Albuquerque, NM 87120-3652 |
| Victoria Rhoden | 7151 Woodlake Pkwy #108, San Antonio, TX 78218-3747 |
| Aubrey Ross | 5418 Westerham Place, Houston, TX 77069-1945 |
| Pauline Rubin | 11123 Renwick Dr., Houston, TX 77096-6138 |
| JoAnne Settles | 125 Berkshire, Victoria, TX 77904-1752 |
| Nathan Smith | 2707 Rambo Circle, Lavaca, AZ 72941-4323 |
| Hans VanRiel | 3660 Wedo Way, North Las Vegas, NV 89031-2281 |
| Charles Walker | 687 Blazer Ave, Smyrna, TN 37167-4517 |
| Michael Wolf | 20205 Smokey Rd, Frenchtown, MT 59834-9713 |
| Mark Zabinski | 707 Bridgewater Drive, Monroe, NC 28112-8444 |
| Larry R Blume Family Trust | 2341 Xenia Ave, Pahrump, NV 89048-6112 |
| Bradley Ament | 1414 S Norfolk, Mesa, AZ 85206-3320 |
| Paula Atkinson | 601 Cherry Ln, Grandview, WA 98930-1486 |
| James Turk | 4026 N. Terra Mesa Circle, Mesa, AZ 85207-1474 |

Exhibit to Schedule E/F, Part 2: Numerous investors

| | |
|---|---|
| Thomas Abraham | 16626 Broadoak Grove Ln, Sugar Land, TX 77498-7170 |
| Marian Abram | 5752 N Camino De Las Estrellas, Tucson, AZ 85718-4476 |
| Robert Alessi | 17718 92nd Ave E, Puyallup , WA 98375-2097 |
| Victor Arnold | 2525 E Drachman St, Tucson, AZ 85716-3506 |
| Richard Barnes | 1910 Brazos Crossing Dr, Richmond, TX 77406-6807 |
| Paloma Beamer | 166 E Limberlost Dr Unit 103, Tucson, AZ 85705-8816 |
| Deborah Belinowiz | 2328 Via Meriposa W Unit P, Laguna Woods, CA 92637-2147 |
| Joseph Benson | 39319 Camino Manena, Indio, CA 92203-6615 |
| Glen Biddle | 4103 Cane Valley Ct, Fulshear, TX 77441-1758 |
| Christopher Blais | 15250 Blackfoot Rd, Apple Valley, CA 92307-3314 |
| Sharon Bloczynski | 8015 S Lawler Ave, Burbank, IL 60459-2138 |
| Gus Brisco | 4778 MUIR AVE, SAN DIEGO, CA 92107-2218 |
| Donald Brooks | 330 Ash Drive, Waxahachie, TX 75165-7791 |
| Cynthia Bryant | 1209 W Crystal Palace Pl, Tucson, AZ 85737-9051 |
| Tracie Bush | 7225 Royal Oak Dr, Benbrook, TX 76126-4525 |
| Casandra Carroll | 3821 Lazy Creek Drive, Tyler, TX 75707-1543 |
| Jun Chang | 6029 S Rice Ave, Bellaire, TX 77401-2816 |
| Donald Cook | 6243 Settlers Lake Cir E, Katy, TX 77449-2061 |
| Helene Cook | 6243 Settlers Lake Cir E, Katy, TX 77449-2061 |
| Theresa Dannhaus | 32025 FM 1301 Rd, West Columbia, TX 77486-2201 |
| Iva Das | 3115 Gatesbury North Dr, Houston, TX 77082-3052 |
| Patrick Derksen | 2636 N. Gill Ave., Tucson, AZ 85719-3218 |
| Mark Donahue | 11892 N Meteor Pl, Tucson, AZ 85737-3467 |
| Scott Donaldson | 620 Stoneleigh Dr, Houston, TX 77079-6912 |
| Philip Erdmann | 18319 Glenn Haven Estates Dr., Spring, TX 77379-2769 |
| Sonia Green | 2100 Huldy St #1, Houston, TX 77019-6535 |
| Tanja Greene | 3411 Sparta Drive, Missouri City, TX 77459-6760 |
| Charles Guthrie | 13108 Cottingham Rd, Oklahoma City, OK 73142-3092 |
| Linda Hampton | 2702 W Monte Vista Dr., Tucson, AZ 85745-9702 |
| Scott Hanson | 4148 E Rockledge Rd, Phoenix, AZ 85044-6768 |
| Brett Havenga | 5105 E Hawthorn Dr, Flagstaff, AZ 86004-7376 |
| Lee Ann Havenga | 5105 E Hawthorn Dr, Flagstaff, AZ 86004-7376 |
| Dave Hernandez | 26835 Trinity Trail, Cypress, TX 77433-7599 |
| Thomas Hogan | 520 Hickman St, Boerne, TX 78006-2715 |
| Roxanne Holly | 6821 E Brownstone Pl, Tucson, AZ 85750-2074 |
| Paul Hopman | 4901 N Sabino Valley Pl, Tucson, AZ 85750-7221 |
| Brenda Jennings | 11515 Fawnway Dr, Houston, TX 77048-2607 |
| Eden Johnson | 16711 Mount Allyson Circle, Fountain Vly, CA 92708-2430 |
| Stephanie Joseph | 3506 Lauren Trail, Pearland, TX 77581-8835 |
| Jeanetta Josey | 1104 S Nueces St, Coleman, TX 76834-5331 |
| Michele Kane | 3528 W Starr Pass Dr, Tucson, AZ 85745-9500 |
| Jane Kilanowski | 17848 Columbus Ct, Orland Park, IL 60467-1369 |
| John Kobierecki | 15525 Julies Way, Orland Park, IL 60462-2493 |
| Ann Kurtz | 299 Bronco Ct, Berthoud, CO 80513-2828 |
| Walter Lakota | 2302 Columbia Drive, Costa Mesa, CA 92626-6453 |
| Teresa Lampkins | 3310 Beam Drive, Las Vegas, NV 89139-5902 |
| William Lawlor | 19128 Loomis Ave, Homewood, IL 60430-4422 |

Exhibit to Schedule E/F, Part 2: Numerous investors

| | |
|---|---|
| Donna Linhart | 17022 N 38th Ave, Glendale, AZ 85308-4202 |
| Lieselotte Miller | 3940 Laurel Branch Dr, Lakeland, FL 33810-6336 |
| Paul Mocogni | 221 Sard Place, Highwood, IL 60040-1816 |
| Mitchell Monte | 1192 Valley Oaks Dr, Lewisville, TX 75067-2011 |
| Candy Nasca | 5500 N Valley View Rd Unit 227, Tucson , AZ 85718-5362 |
| Jennifer Nevarez | 8232 Homefield Way, Sacramento, CA 95828-4946 |
| James Newell | 690 Crab Tree Ct SW, Concord, NC 28025-5700 |
| Linh Nguyen | 16830 Cobbler Crossing, Sugarland, TX 77498-7151 |
| James O'Neal | 1305 Carolyn Ct, Humble, TX 77338-8013 |
| John Osborn | 6202 Northwest Blvd, Davenport, IA 52806-1740 |
| Elizabeth Papagni | 2038 Sawgrass Rdg, San Antonio, TX 78260-7235 |
| Karen  Payne | 12910 Peach Meadow, Cypress, TX 77429-3800 |
| Albert Perry | 13815 JOMATT LOOP, WINTER GARDEN, FL 34787-0067 |
| Ralph Price | 6340 Villa Emo St, N Las Vegas, NV 89031-7269 |
| Karen Ready | 1927 Topside Ct, Crosby, TX 77532-5004 |
| Debra Reardon | 1174 Sunset Dr, East Peoria, IL 61611-1166 |
| Ross Rohde | 4529 N Heatherwood Pl, Tucson, AZ 85718-6840 |
| Nolan Rowald | 7311 Casita Dr, Magnolia, TX 77354-3250 |
| Pauline Rubin | 11123 Renwick Dr., Houston, TX 77096-6138 |
| Kenneth Rud | 11800 Grant Road #3901, Cypress, TX 77429-4012 |
| Josephine Russomano | 94 Roundup Drive, San Antonio, TX 78213-2309 |
| Robert  Schall | 8264 Preston Way, Sacramento, CA 95828-6604 |
| Peter Shifflett | 4521 W Camino De Cielo, Tucson , AZ 85745-9402 |
| Ronald Siemienas | 21159 S Hillside Rd, Frankfort, IL 60423-9199 |
| Peggy Smith | 654 Cypress Drive, Hanover, PA 17331-2636 |
| Robert Spraker | 6960 W Wade Pl, Tucson, AZ 85743-6023 |
| Lynn Stevenson | 5075 N Circulo Sobrio, Tucson , AZ 85718-6035 |
| Richard Stroud | 6801 CR 1017, Joshua, TX 76058-6327 |
| Dana Sullivan | 5430 6th St., Lubbock, TX 79416-4360 |
| Nguyen Thanh | 7188 Alder Spring Way, San Jose, CA 95139-1301 |
| Sandra Thompson | 4396 N Atfield Pl, Tucson, AZ 85719-1175 |
| Robert Triplet | 121 Town Loop Apt 103, Mooresville, NC 28117-9382 |
| George Urban | 9722 S McVicker Ave, Oak Lawn, IL 60453-3641 |
| Shawn Volk | 1271 W Panorama Rd, Tucson, AZ 85704-2834 |
| Lois Wagner | 1492 Sedgefield Drive, Murrells Inlet, SC 29576-8653 |
| Robin Walters | 2029 W 20th Lane, Yuma, AZ 85364-8828 |
| Tina Wendelschafer | 11329 E Natal Ave, Mesa, AZ 85209-2941 |
| Debbie Wiles | 8651 Foothill Blvd 40, RCH Cucamonga , CA 91730-3314 |
| Richard Wiley | 1995 W La Osa Dr, Tucson, AZ 85705-2190 |
| Edward Williams | 30522 Thorsby Dr, Spring, TX 77386-2517 |
| Jean Williams | 7164 N Finger Rock Place, Tucson, AZ 85718-1406 |
| James Woodward | 17009 N 60th Way , Scottsdale, AZ 85254-6441 |
| Luther Young | 31 Wedgewood Blvd, Conroe, TX 77304-1349 |
| Cox Trust | 12 Canyon Rd, Cloudcroft, NM 88317 |
| Judith L. Werner Revocable l | 1939 East Lake Dr, HUNTSVILLE, TX 77340 |
| Marian C. Abram Revocable | 5752 N Camino de las estrellas, Tucson , AZ 85718-4476 |
| RE & CL Orth Family Trust | 1601 W Queen Creek Rd #300, Chandler, AZ 85248-0903 |

| | |
|---|---|
| Wells Trust | 1201 Enterprise Ave Apt 522, League City, TX 77573-2983 |
| Claudia Piper | c/o Goldman Sachs, 8180 Greensboro Dr, 8th Flr, McLean, VA 22102 |
| David Birdsall | c/o Goldman Sachs, 8180 Greensboro Dr, 8th Flr, McLean, VA 22102 |
| David Hall | c/o Goldman Sachs, 8180 Greensboro Dr, 8th Flr, McLean, VA 22102 |
| Janette Steffer | c/o Goldman Sachs, 8180 Greensboro Dr, 8th Flr, McLean, VA 22102 |
| Judith Richardson | c/o Goldman Sachs, 8180 Greensboro Dr, 8th Flr, McLean, VA 22102 |
| Lynn Glazewski | c/o Goldman Sachs, 8180 Greensboro Dr, 8th Flr, McLean, VA 22102 |
| Marie Powers | c/o Goldman Sachs, 8180 Greensboro Dr, 8th Flr, McLean, VA 22102 |
| Michael Tadra | c/o Goldman Sachs, 8180 Greensboro Dr, 8th Flr, McLean, VA 22102 |
| Ruth Yanok | c/o Goldman Sachs, 8180 Greensboro Dr, 8th Flr, McLean, VA 22102 |
| Shirley V. Lomonaco Living T | c/o Goldman Sachs, 8180 Greensboro Dr, 8th Flr, McLean, VA 22102 |
| Tom Scott | c/o Goldman Sachs, 8180 Greensboro Dr, 8th Flr, McLean, VA 22102 |
| Mark Benko | 2966 W Royal Copeland Dr, Tucson, AZ 85745-1593 |
| Joanne Borner | 12212 S 74th Ave, Palos Heights, IL 60463-1339 |
| Raymond Borner | 12212 74th Ave, Palos Heights, IL 60463-1339 |
| Margaret Boyd-Hadley | 7790 Hall Rd, Fairburn, GA 30213-1970 |
| Lawrence Butler | 92 Deer Meadow Ct, St Peters, MO 63304-7716 |
| Carl Clayton | 7545 Avalon Bay Street, Las Vegas, NV 89139-5307 |
| John Cochran | 984 Deercrest Drive, San Bernardino, CA 92407-1308 |
| John Cooper | 19316 W Colter St, Litchfield Park, AZ 85340-5768 |
| Bibek Das | 3106 Rosston Cir, Houston, TX 77082-3047 |
| Timothy Dawalt | 159 Draketown Rd, Bloomsburg, PA 17815-7708 |
| Fredrick Franco | 136 Davis Bridge Rd, Bernville, PA 19506-8247 |
| Alan Garland | 12609 N 18th Pl, Phoenix, AZ 85022-5737 |
| Rosa Gibson | 524 Simonton St, Montgomery, TX 77356-3277 |
| John Gray | 19 Kayak Ridge Drive, The Woodlands, TX 77389-8595 |
| Constance Grigg-Koning | 10811 Carpenter St, Mokena, IL 60448-1513 |
| Toni Hanks | 2314 Laurel Rustic Oaks, Houston, TX 77014-2789 |
| Elizebeth Howard | 9994 N Sumter Creek Pl, Tucson, AZ 85742-8627 |
| Leonard Jackson | 1702 Northshore Dr, Missouri City, TX 77459-1633 |
| Janet Kalilikane | 120 N Val Vista Dr , Mesa, AZ 85213-8625 |
| Michael Levitt | 3120 Royal Palm Court, Fort Lauderdale, PA 33312-6338 |
| Matthew MacVane | 99 SW 14th Ave, Boca Raton, FL 33486-4454 |
| Ellen Matoba | 4878 Wellington Park Dr, San Jose, CA 95136-2947 |
| Ronald Mendola | 26543 SW 122nd Place, Homestead, FL 33032-7971 |
| Sara Meyers | 11842 MULHOLLAND DR, MEADOWS PLACE, TX 77477-1526 |
| Sandra Newman | 1627 Indian Wells Drive , Boulder City, NV 89005-3641 |
| Hubert Odom | 900 Longbranch Rd, Hohenwald, TN 38462-4010 |
| Linda Richmond | 2033 S Gessner #2307, Houston, TX 77063-1166 |
| Marianne Smith | 6104 N Lake Mountain Rd, Eagle Mountain, UT 84005-4479 |
| Allison Spangler | 3793 Sidestreet, Atlanta, GA 30341-1772 |
| Michael Spotofora | 7285 Falling Timber Court, Las Vegas, NV 89113-1136 |
| Wells Trust | 1201 Enterprise Ave Apt 522, League City, TX 77573-2983 |
| Wilson Adkins | 36963 N Stoneware Dr, San Tan Valley, AZ 85140-5320 |
| Mark Manfre | 150 S. La Arboleta St, Gilbert , AZ 85296-1129 |
| Elisabeth Rundstrom | 3106 N. Sawyer Circle, Mesa, AZ 85207-0930 |
| Steven Sheldon | 2609 N. 22nd Street, Mesa, AZ 85213-1437 |

Exhibit to Schedule E/F, Part 2: Numerous investors

| | |
|---|---|
| Trevor Sherman | 2033 E Cortez Drive, Gilbert , AZ 85234-3830 |
| Ali Afjei | 3781 W Meadow Briar Dr, Tucson, AZ 85741-5400 |
| Timothy  Allison | 218 Hawthorne Place, Port Angeles, WA 98362-3716 |
| Thomas Ashcraft | 3121 N Pantano Rd, Tucson, AZ 85750-2837 |
| Mark Benko | 2966 W Royal Copeland Dr, Tucson, AZ 85745-1593 |
| Carolyn Biddle | 4103 Cane Valley ct. , Fulshear, TX 77441-1758 |
| Glen Biddle | 4103 Cane Valley Ct, Fulshear, TX 77441-1758 |
| Eugene Bohenski | 14707 W Crystal Ct, Surprise, AZ 85374-9681 |
| Raymond Borner | 12212 74th Ave, Palos Heights, IL 60463-1339 |
| Libby Brinegar | 7824 W Taro Lane, Glendale, AZ 85308-6104 |
| Rickie Brinegar | 7824 W Taro Lane, Glendale, AZ 85308-6104 |
| M. Brown | 6251 S. Bradshaw Way, Chandler, AZ 85249-3921 |
| Donald  Buchholz | 34848 Starling Drive #4, Union City, CA 94587-4651 |
| Mayme Carter | 1550 E River Rd Apt 105, Tucson, AZ 85718-5801 |
| Andrew Cherones | 3043 E Placita Los Siete Adobes, Tucson, AZ 85718-3135 |
| Michelle  Clark | 1785 N Stony Knoll Ln, Green Valley , AZ 85614-4284 |
| Ann Counts | 1816 Rider Rd, Azle, TX 76020-3830 |
| Jack Daniel | 2214 Killarney Ln., Deer Park, TX 77536-4060 |
| Iva Das | 3115 Gatesbury North Dr, Houston, TX 77082-3052 |
| Judith  Delph | 9621 N 52nd Lane, Glendale, AZ 85302-3416 |
| Mary Dennis | 3322 Chalfont Dr, Houston, TX 77066-4904 |
| James Donnelly | 9297 E Caribbean Lane, Scottsdale, AZ 85260-2834 |
| Roberta Erdmann | 18319 Glenn Haven Estates Dr., Spring, TX 77379-2769 |
| Lori Fraesdorf | 4801 N Camino Antonio, Tucson, AZ 85718-6003 |
| Rosa Gibson | 524 Simonton St, Montgomery, TX 77356-3277 |
| John Gray | 19 Kayak Ridge Drive, The Woodlands, TX 77389-8595 |
| Twyla Gray | 19 Kayak Ridge Drive, The Woodlands, TX 77389-8595 |
| Melanie Groseta | 1906 W Fairway Ln, Payson, AZ 85541-4526 |
| Arundhati Guha | 1203 Foxland Chase St., Sugar Land, TX 77479-5331 |
| Steven Harper | 430 W Fort Morgan Rd Unit 1501, Gulfshores, AL 36542-4456 |
| Gary Heyer | 7324 E Villa Way, Scottsdale, AZ 85257-4225 |
| Yolanda Hoirup | 18807 McGhee Drive E, Bonney Lake, WA 98391-6821 |
| Patricia Hollins | 9158 National Park Drive, Las Vegas, NV 89178-3526 |
| Lawson Horner | 3026 S Lookout Ridge, Gold Canyon, AZ 85118-1706 |
| Leonard Jackson | 1702 Northshore Dr, Missouri City, TX 77459-1633 |
| John Jellison | 6855 Forest View Dr Apt 2A, Oak Forest, IL 60452-1641 |
| Brenda Jennings | 11515 Fawnway Dr, Houston, TX 77048-2607 |
| Richard Jennings | PO Box 14693, Houston, TX 77221-4693 |
| Eden Johnson | 16711 Mount Allyson Circle, Fountain Vly, CA 92708-2430 |
| Robert Kane | 3528 W Starr Pass Blvd, Tucson, AZ 85745-9500 |
| John Laughlin | 20326 N 61st Ave, Glendale, AZ 85308-6717 |
| Donna Linhart | 17022 N 38th Ave, Glendale, AZ 85308-4202 |
| Christian  Lopez | 3721 N Tyndall Ave, Tucson, AZ 85719-1639 |
| Salvador Lopez | 9452 E Hillery Way, Scottsdale, AZ 85260-2018 |
| Elaine Macroglou | 8149 E Via De Viva, Scottsdale, AZ 85258-3017 |
| Tamra Marco | 10791 Prairie Farm Road, Grant Park, IL 60940-4017 |
| Mary Marquis | 14019 SW Fwy Ste 301 Box 163, Sugar Land, TX 77478-3551 |

Exhibit to Schedule E/F, Part 2: Numerous investors

| | |
|---|---|
| Laura Marsh | 9120 W Wilshire Ave, Phoenix, AZ 85037-4249 |
| Charles McBee | 2421 Piney Point Dr, Deer Park, TX 77536-1529 |
| Charles McClain | 601 W FM 117, Dilley, TX 78017-3407 |
| Gloria Meza | 1013 S Vine Avenue, Ontario, CA 91762-5057 |
| Karnetta Morris | 2415 Cold River Dr, Humble, TX 77396-4911 |
| Dennis Newport | 2301 W 110th Place, Chicago, IL 60643-3921 |
| John Perchalski | 5893 S Henderson Canyon Dr, Green Valley, AZ 85622-6321 |
| Denise Perez | 15809 Scotsglen Rd, Orland Park, IL 60462-2443 |
| Curtis Phillips | 2317 Kestrel Drive, Rock Hill, SC 29732-8075 |
| Hugh Pipkin | 9544 N Corte Roca De Plata, Tucson, AZ 85704-8609 |
| Dorrit Preuss | 17590 Sweat Rd, Amesville, OH 45711-9315 |
| M. Ramsey | 940 E Foothills Dr, Tucson, AZ 85718-4717 |
| Karen Ready | 1927 Topside Ct, Crosby, TX 77532-5004 |
| Cathy Rice | 2614 Avenue J, Santa Fe, TX 77510-9029 |
| Linda Richmond | 2033 S Gessner #2307, Houston, TX 77063-1166 |
| Charles Rossman | 231 E Suntree St, Tucson, AZ 85737-6849 |
| Pauline Rubin | 11123 Renwick Dr., Houston, TX 77096-6138 |
| Joan See | 42 W 465 Sylvan Ln, St. Charles, IL 60175 |
| Marsha  Smith | 2765 E Des Moines Circle, Mesa, AZ 85213-6802 |
| Vickie Socias | 7513 Avenue C, Santa Fe, TX 77510-8417 |
| Steven Steinberg | 752 Lindenwood Dr, Claremont, CA 91711-2952 |
| Michael Thomas | 15227 Foster Springs Ln, Houston, TX 77095-2180 |
| Katherine Thompson | 26213 N 49th Lane, Phoenix, AZ 85083-5405 |
| Sandra Thompson | 4396 N Atfield Pl, Tucson, AZ 85719-1175 |
| Donald Tilly | 707 39TH AVE SE, PUYALLUP, WA 98374-2236 |
| Donald Tilly | 707 39TH AVE SE, PUYALLUP, WA 98374-2236 |
| Larry Trice | 2439 Doverglen Dr, Missouri City, TX 77489-4212 |
| Teresa Tunstall | 26915 Rustic Brook, San Antonio, TX 78261-2455 |
| Bella  Vivante | 870 E Mitchell Dr, Tucson, AZ 85719-2942 |
| David Wach | 6774 Pine Way, Florence, AZ 85132-8021 |
| Clyde Watson | 2209 Westside Dr, Deer Park, TX 77536-3945 |
| Joycelyn Williams | 51 Wincrest Falls Dr, Cypress, TX 77429-5217 |
| Mary Williams | St. Dominc Village, 2401 Holcombe Blvd, C216, Houston, TX 77021-2023 |
| Susan  Willis | 730 W Kanmar Place, Tucson, AZ 85704-3802 |
| Dennis Zarr | 16537 Hardy St, Overland Park, KS 66085-9429 |
| Cox Trust | 12 Canyon Rd, Cloudcroft, NM 88317 |
| Judith L. Werner Revocable l | 1939 East Lake Dr, HUNTSVILLE, TX 77340 |
| Wells Trust | 1201 Enterprise Ave Apt 522, League City, TX 77573-2983 |

Fill in this information to identify the case:

Debtor name            deeproot 575 Fund, LLC

United States Bankruptcy Court for the:

         Western District of Texas

Case number (if known):      21-51517      Chapter   7

☐ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

    ☑ **No.** Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☐ **Yes.** Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1**   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.2**   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.3**   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.4**   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.5**   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

| Fill in this information to identify the case: |
| --- |

| Debtor name | deeproot 575 Fund, LLC |
| --- | --- |
| United States Bankruptcy Court for the: | |
| | Western District of Texas |
| Case number (if known): | 21-51517 |

☐ Check if this is an
amended filing

# Official Form 206H

## Schedule H: Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| --- | --- | --- | --- |
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ <br> _____ <br> City ___ State ___ ZIP Code | | |
| 2.2 _____ | Street _____ <br> _____ <br> City ___ State ___ ZIP Code | | |
| 2.3 _____ | Street _____ <br> _____ <br> City ___ State ___ ZIP Code | | |
| 2.4 _____ | Street _____ <br> _____ <br> City ___ State ___ ZIP Code | | |
| 2.5 _____ | Street _____ <br> _____ <br> City ___ State ___ ZIP Code | | |

| Debtor | deeproot 575 Fund, LLC | Case number *(if known)* | 21-51517 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.6 _____ | _____ Street | | |
| | _____ | | |
| | _____ City                State      ZIP Code | | |

**Schedule H: Codebtors**

| Fill in this information to identify the case: |
| --- |
| Debtor name      deeproot 575 Fund, LLC |
| United States Bankruptcy Court for the:      Western District of Texas |
| Case number (if known):    21-51517     Chapter    7 |

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*.................................................................................................... | $0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................................. | $50,042,207.63

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................................... | $50,042,207.63

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. | $0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................... | $0.00

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................... | **+** $0.00

4. **Total liabilities**.................................................................................................................................. | $0.00
   Lines 2 + 3a + 3b

| Fill in this information to identify the case: |
|---|
| Debtor name     deeproot 575 Fund, LLC |
| United States Bankruptcy Court for the: <br>     Western District of Texas |
| Case number (if known):     21-51517 |

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   01/13/2022 _____
         MM/ DD/ YYYY

**X** /s/ Robert J. Mueller _____
Signature of individual signing on behalf of debtor

Robert J. Mueller _____
Printed name

Manager _____
Position or relationship to debtor

| Fill in this information to identify the case: |
|---|
| Debtor name       deeproot 575 Fund, LLC |
| United States Bankruptcy Court for the:     Western District of Texas |
| Case number (if known):     21-51517 |

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

**1. Gross revenue from business**

   ☑ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**   From 01/01/2021 to Filing date<br>MM/ DD/ YYYY | ☐ Operating a business<br>☐ Other _____ | |
| **For prior year:**   From 01/01/2020 to 12/31/2020<br>MM/ DD/ YYYY     MM/ DD/ YYYY | ☐ Operating a business<br>☐ Other _____ | |
| **For the year before that:**   From 01/01/2019 to 12/31/2019<br>MM/ DD/ YYYY     MM/ DD/ YYYY | ☐ Operating a business<br>☐ Other _____ | |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**   From 01/01/2021 to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:**   From 01/01/2020 to 12/31/2020<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:**   From 01/01/2019 to 12/31/2019<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. _____<br><br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>City          State    ZIP Code | _____<br><br>_____<br><br>_____ | _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____<br><br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>City          State    ZIP Code | _____<br><br>_____<br><br>_____ | _____ | _____<br><br>_____<br><br>_____ |
| **Relationship to debtor**<br><br>_____ | | | |

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

Debtor 1 _____  Case number *(if known)* 21-51517

First Name          Middle Name          Last Name

5.1. _____    _____    _____    _____

Creditor's name

Street

_____

City          State    ZIP Code

## 6.  Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____ | _____ | _____ | _____ |
| Creditor's name | | | |
| | XXXX– __ __ __ __ | | |
| Street | | | |
| | | | |
| City          State    ZIP Code | | | |

---

## Part 3:  Legal Actions or Assignments

### 7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity —within 1 year before filing this case.

☐ None

| 7.1. Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| SEC v. Robert J. Mueller, et al. | _____ | U.S. District Court, Western District of Texas<br>Name | ☑ Pending |
| | | 655 E Cesar E Chavez Blvd<br>Street | ☐ On appeal |
| **Case number** | | _____ | ☐ Concluded |
| 5:21-cv-785 | | San Antonio, TX 78206-1114<br>City          State    ZIP Code | |

### 8.  Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor 1 _____    Case number *(if known)* 21-51517
　　　　　First Name　　　Middle Name　　　Last Name

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|

Custodian's name
_____

Street

_____

City　　　　　　State　　ZIP Code

| Case title |
|---|

_____

| Case number |
|---|

_____

| Date of order or assignment |
|---|

_____

| Court name and address |
|---|

Name
_____

Street

_____

City　　　　　　State　　ZIP Code

---

**Part 4:** Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|

Recipient's name
_____

Street

_____

City　　　　　　State　　ZIP Code

| Recipient's relationship to debtor |
|---|

_____

---

**Part 5:** Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. _____ | _____ | _____ | _____ |

---

**Part 6:** Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

---

Debtor 1 _____  Case number *(if known)* 21-51517

　　　　First Name　　　　Middle Name　　　　Last Name

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Wick Phillips Gould & Martin, LLP | Legal Counsel for Bankruptcy Options/Advice | 08/19/2021 | $4,545.45 |

**Address**

3131 McKinney Ave. Suite 500
Street

Dallas, TX 75204
City　　　　　　　　State　　　ZIP Code

**Email or website address**

**Who made the payment, if not debtor?**

Davis & Santos PLLC IOLTA account

| 11.2. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Wick Phillips Gould & Martin, LLP | Bankruptcy Counsel | 12/09/2021 | $5,454.54 |

**Address**

3131 McKinney Ave. Suite 500
Street

Dallas, TX 75204
City　　　　　　　　State　　　ZIP Code

**Email or website address**

**Who made the payment, if not debtor?**

deeproot Funds, LLC & deeproot Tech, LLC

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |

**Trustee**

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | _____ | _____ | _____ | _____ |
| | **Address** | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | _____ | From _____ To _____ |
| | Street | |
| | _____ | |
| | City          State    ZIP Code | |

---

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1. _____

Facility name

_____

Street

| Location where patient records are maintained *(if different from facility address). If electronic, identify any service provider.* | How are records kept? |
|---|---|

City        State    ZIP Code

*Check all that apply:*

☐ Electronically

☐ Paper

---

## Part 9:   Personally Identifiable Information

**16.   Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. <u>SS#, DOB, and DL#</u> _____

  Does the debtor have a privacy policy about that information?

  ☐ No

  ☑ Yes

**17.   Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

  ☐ No. Go to Part 10.

  ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

  Has the plan been terminated?

  ☐ No

  ☐ Yes

---

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.   Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 <u>Wells Fargo</u><br>Name<br><br><u>P. O. Box 6995</u><br>Street<br><br>_____<br><u>Portland, OR 97228</u><br>City        State    ZIP Code | XXXX– <u>8</u>  <u>6</u>  <u>7</u>  <u>3</u> | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | ($14.00) |

Debtor 1 _____     Case number *(if known)* 21-51517
         First Name      Middle Name      Last Name

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City        State    ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City        State    ZIP Code | | | |

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| City        State    ZIP Code | | | |

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- ■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- ■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | Name _____ | _____ | ☐ Pending |
| **Case number** | Street _____ | _____ | ☐ On appeal |
| _____ | _____ | _____ | ☐ Concluded |
|  | City            State    ZIP Code |  |  |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ |  |
| City     State    ZIP Code | City     State    ZIP Code | _____ |  |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ |  |
| City     State    ZIP Code | City     State    ZIP Code | _____ |  |

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Debtor 1 _____   Case number *(if known)* 21-51517

First Name        Middle Name        Last Name

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br>_____<br>City        State     ZIP Code | _____<br><br>_____ | EIN: __ __ – __ __ __ __ __ __ __<br><br>**Dates business existed**<br><br>From _____  To _____ |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Charlotte Acker<br>Name<br><br>2313 Brittany Grace<br>Street<br><br>New Braunfels, TX 78130<br>City        State        ZIP Code | From _____  To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City        State        ZIP Code | From _____  To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Robert J. Mueller<br>Name<br><br>P.O. Box 690562<br>Street<br><br>San Antonio, TX 78269<br>City        State        ZIP Code | _____<br>_____<br>_____ |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.

Trapp Technology
Name

2600 N Central Ave
Street

Phoenix, AZ 85004
City      State      ZIP Code

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.3.

Silicon Drive Office Venture, LLC
Name

Street

City      State      ZIP Code

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

26d.1.

Name

Street

City      State      ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|

27.1.

Name

Street

City      State      ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mueller, Robert J. | P.O. Box 690562 San Antonio, TX 78269 | Manager, | 100.00 % |

**29.** **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
|  |  |  | From _____ <br> To _____ |

**30.** **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City    State    ZIP Code | _____ | _____ | _____ |

| Relationship to debtor |
|------------------------|
| _____ |

**31.** **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No

☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|-------------------------------|----------------------------------------------------------|
| Policy Services, Inc. | EIN: 9 0 – 0 8 5 2 6 8 4 |

**32.** **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|
|  | EIN: __ __ – __ __ __ __ __ __ __ |

---

**Part 14:** Signature and Declaration

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____01/13/2022_____

MM/   DD/   YYYY

Debtor 1 _____

First Name        Middle Name        Last Name

Case number *(if known)* 21-51517

**X** /s/ Robert J. Mueller _____

Signature of individual signing on behalf of the debtor

Printed name _____ Robert J. Mueller _____

Position or relationship to debtor _____ Manager _____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No

☐ Yes